

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2021

No. 04-19-00301-CV

Armando **MONTELONGO**, Jr., Real Estate Training International, LLC, Performance Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On November 13, 2019, this court issued an opinion and judgment affirming the trial court's denial of appellants' motion to dismiss certain of appellees' claims under the Texas Citizens Participation Act, concluding that appellants' motion was untimely filed. *See Montelongo v. Abrea*, 612 S.W.3d 71, 77 (Tex. App.—San Antonio 2019), *rev'd*, 622 S.W.3d 290 (Tex. 2021). On April 30, 2021, the Texas Supreme Court reversed our November 13, 2019 judgment and remanded the matter to this court "so that [the court] may address issues it did not reach." *Montelongo v. Abrea*, 622 S.W.3d 290, 302 (Tex. 2021).

In light of the Texas Supreme Court's opinion, we invite the parties to submit additional written argument and authorities on the remaining issues that were raised in their original briefing but were not addressed in our November 13, 2019 opinion. Appellants' additional briefing, if any, will be due **by July 22, 2021** and will be limited to 5,000 words. Appellees' response, if any, will be due 20 days after the filing of appellants' additional briefing and will be limited to 5,000 words. Appellants' reply to appellees' response, if any, will be due 20 days after the filing of appellees' response and will be limited to 2,500 words. If any party does not wish to file additional briefing, we ask that they notify this court in writing **by July 19, 2021**.

This case will be set for formal submission at a later date.

It is so **ORDERED** on July 2, 2021.

**PER CURIAM**

ATTESTED TO:

Michael A. Cruz,
Clerk of Court